IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYDELL SWINSON, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| KERESTES, et al., | : | NO. 14-7027 |
|     Respondents. | : | |

## ORDER

**AND NOW**, this 19th day of February, 2015, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that Petitioner, through his appointed counsel, shall **SHOW CAUSE** in writing on or before March 13, 2015 why the undersigned should not recommend that his habeas petition be dismissed as second or successive.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE